**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

June 4, 2009

Clerk, U.S. Bankruptcy Court

RE: Earline A. Johnson
    Bankruptcy Case No.   5-05-51445
    Unclaimed Funds For:   New Jersey Higher Education
                               PO Box 548
                               Trenton NJ 08619

Dear Clerk:

   Enclosed herewith please find check No.743579 for $2,491.60 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                       Very truly yours,

                                       Carol A. Kreider
                                       Funds Manager

FILED HARRISBURG PA 2009 JUN -5 AM 7:17 CLERK U.S. BANKRUPTCY COURT